UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-946 (PAM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | DEFAULT JUDGMENT AND |
| ) | FINAL ORDER |
| $59,800.00 U.S. CURRENCY, ) | OF FORFEITURE |
| $6,636.00 U.S. CURRENCY, and ) | |
| 2007 JEEP GRAND CHEROKEE ) | |
| VIN: 1J8HR68237C651951, ) | |
| ) | |
| DEFENDANTS. ) | |

Based on the motion of the United States for a default judgment and final order of forfeiture, on the Withdrawal of Claim signed by James William Lanser, and on all the files and records in this action, and on Court's finding as follows that:

1. a verified Complaint for Forfeiture *In Rem* with supporting Affidavit of Terrance Reuvers was filed on April 4, 2008, alleging that the defendants are subject to forfeiture pursuant to Title 21, United States Code, Sections 881(a)(4) and 881(a)(6);

2. a Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court to the United States Marshals Service ("USMS") on April 4, 2008, directing the USMS to arrest the defendants and to serve all known persons and entities having

an interest in the defendants with a copy of the Summons, Complaint for Forfeiture *In Rem*, and Warrant of Arrest and Notice *In Rem*, and to give due notice to them to serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the defendant within 30 days from the date of service and an answer to the Complaint for Forfeiture within 20 days from the filing date of the verified statement;

   3.   the United States sent a copy of the Notice of Judicial Forfeiture Proceedings, the Complaint for Forfeiture *In Rem* with supporting Affidavit of Terrance Reuvers, and the Warrant of Arrest and Notice *In Rem* to all persons and entities believed to have a potential interest in the defendant properties;

   4.   On April 30, 2008, a notice of the forfeiture action against the defendants was published by the United States in *Finance and Commerce*, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, giving notice to all unknown interested persons and entities of the verified statement of interest and answer requirements;

   5.   A Notice of Civil Forfeiture was also posted on an official government internet site (www.forfeiture.gov) for at

least 30 consecutive days, beginning on April 30, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

6.   James W. Lanser filed a verified statement of interest in the defendant $59,800 in U.S. currency and the defendant Jeep Grand Cherokee, and an answer to the Complaint for Forfeiture but subsequently withdrew his claim for the defendants and consented to the entry of a final order of forfeiture with respect to the defendant property;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.   default judgment is entered against all unknown persons and entities having an interest in the defendants.

2.   the following property is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6):

    a.   $59,800 in U.S. currency; and

    b.   $6,636 in U.S. currency.

3. a 2007 Jeep Grand Cherokee, VIN 1J8HR68237C651951, is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4).

4. the defendant property shall be disposed of by the United States Marshals Service in accordance with the law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 5, 2009       s/Paul A. Magnuson
                             PAUL A. MAGNUSON, Judge
                             United States District Court